UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DIRECTV, INC., a California corporation,

    Plaintiff,

v.                                    Case No. 03-C-1197

DENNIS WITTHUN,

    Defendant.

**ORDER GRANTING PERMANENT INJUNCTION**

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that Defendant Dennis Witthun shall be and hereby is permanently enjoined as stipulated by the parties.

    DATED: _____, 2004.

                                BY THE COURT:

                                Patricia J. Gorence
                                United States Magistrate Judge

MN219520_1.DOC