UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC., a California corporation,

    Plaintiff,

    v.    Case No. 03-C-1197
        E-File

DENNIS WITTHUN,

    Defendant.

## ORDER GRANTING PERMANENT INJUNCTION

THIS MATTER comes on regularly for review before the Court upon the stipulation of the parties. The Court is fully advised; NOW, THEREFORE,

IT IS ORDERED that Defendant Dennis Witthun shall be and hereby is permanently enjoined as stipulated by the parties.

Dated at Milwaukee, Wisconsin this 19th day of October, 2004.

                BY THE COURT:

                s/ Patricia J. Gorence
                PATRICIA J. GORENCE
                United States Magistrate Judge

P:\Transfer\PJG\Witthun injunc ord.wpd    1
Case 2:03-cv-01197-PJG   Filed 10/19/04   Page 1 of 1   Document 23